CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 16 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LARRY LEE DEEL, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13-cv-00379 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| BUCHANAN DICKENSON RUSSELL | ) | |
| CO POLICE, et al., | ) | By:   Michael F. Urbanski |
|     Defendant(s). | ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 16th day of September, 2013.

/s/ Michael F. Urbanski
United States District Judge